UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1187 JVS (ANx) | Date | November 3, 2009 |
| Title | Ibarra v. IndyMac Federal Bank, F.A. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                               Not Present

**Proceedings:**   (In Chambers)  Order to Show Cause re Jurisdiction

　　　　Defendant IndyMac Federal Bank, F.A. ("IndyMac") removed the present action from the Superior Court of the State of California, County of Orange, invoking federal question jurisdiction, 28 U.S.C. § 1331.  (Notice of Removal, ¶ 3.)

　　　　Plaintiff Gloria Ibarra *et al.* (collectively "Ibarra") has pled only California common law and statutory claims.  Ibarra asserts no federal claim.  In the Third Cause of Action for violation California Business and Professions Code Section 17200, she refers to violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.* as "a predicate unlawful business act[]."  (Complaint, ¶ 47.)  She does not assert an independent TILA claim.

　　　　Generally, a plaintiff is entitled to be the master of her complaint, and if she so chooses, she may seek relief only under state statutory or common law.  Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).  Here Ibarra seeks no federal relief, although she has pled violation of TILA as predicate to state statutory relief.  This is insufficient for federal question jurisdiction.

　　　　U.S. Bank is ordered to show cause in writing within ten days why this case should not be remanded to state court for want of jurisdiction.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 00    :   00

　　　　　　　　　　　　　　　　　　　　　　　　　　　 Initials of Preparer    kjt