**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:   (619) 685-4800
Facsimile:    (619) 685-4811

JS-6

Attorneys for Defendant,
OneWest Bank, FSB., *et al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GLORIA IBARRA, | Case No.  SACV09-1187 JVS (ANx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | Ctrm: 10C |
| INDYMAC FEDERAL BANK, F.A.; QUALITY LOAN SERVICE CORPORATION, and DOES 1 through 50, inclusive | Judge: Hon. James V. Selna |
| Defendants. | |

On December 14, 2009, this Court granted Defendant, ONEWEST BANK, FSB AS SUCCESSOR IN INTEREST TO CERTAIN ASSETS AND LIABILITIES OF INDYMAC BANK, FSB ("DEFENDANT")'s Motion to Dismiss Plaintiff GLORIA IBARRA ("PLAINTIFF")'s Complaint.  As of this date, PLAINTIFF has had approximately thirty-seven (37) days to cure the defects in the Complaint.  To date, PLAINTIFF has not filed an Amended Complaint.

As PLAINTIFF has failed to amend his Complaint within a substantial amount of time and for the reasons explained in DEFENDANT's Motion to Dismiss,

---
1
**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

1     the Court hereby DISMISSED THE CASE WITH PREJUDICE.

2   **IT IS SO ORDERED.**

4   Dated: January 22, 2010

                                            Hon. James V. Selna

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

2
**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

L:\Word Legacy Documents\Templates\Civil\CA-POS.dot